MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA 95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00288-JAM |
| Plaintiff, | **STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER** |
| vs. | |
| DAKOTA JEREMIAH PEVINO, | Date: February 11, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |
| Defendant | |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date: **February 11, 2025, at 09:00 a.m.**

Reply, or Statement of Non-Opposition: February 4, 2025

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than: January 28, 2025

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

                                                                    January 21, 2025

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:                  January 14, 2025

The draft Presentence Report shall be disclosed to counsel no later than;    January 7, 2025

**IT IS SO STIPULATED.**

Dated: December 4, 2024                            PHILLIP A. TALBERT
                                                    United States Attorney

                                                     */s/ CHRISTINA MCCALL*
                                                     Assistant United States Attorney

                                                     */s/ MARK REICHEL*
Dated: December 4, 2024                            MARK REICHEL
                                                     Counsel for Defendant

**FINDINGS AND ORDER**

**IT IS SO ORDERED.**

Dated: December 4, 2024                            /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
                                                   SENIOR UNITED STATES DISTRICT JUDGE