MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA JEREMIAH PEVINO,<br><br>Defendant | Case No. 2:23-cr-00288-JAM<br><br>**STIPULATION REGARDING MODIFICATION OF SENTENCING SCHEDULE; ORDER**<br><br>Date: April 8, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

The sentencing hearing in this case is currently set for February 11, 2025, following defendant, Dakota Pevino's guilty plea entered on August 20, 2024 (ECF No. 28). On January 28, 2025, defendant, Dakota Pevino, and his counsel participated in the Presentence Interview with the assigned United States Probation Officer. The Presentence Report has not yet been prepared, because the interview had not been completed until January 28. Based on the availability of counsel for Mr. Pevino and the need to prepare the Presentence Report, as well as available dates for the Court, the

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

parties request that **sentencing** be **RESET** for **April 08, 2025, at 09:00 a.m.** The assigned U.S. Probation Officer is available on April 8. The representative for the victim has expressed a with that no further delays in sentencing take place, during a recent call with the prosecutor. The proposed schedule should allow sufficient time for the completion of the Presentence report, the submission of restitution information, and the preparation of the parties' sentencing memoranda. The proposed schedule should result in no further delays in sentencing. The dates agreed upon are set forth below.

| | |
|---|---|
| Judgement and Sentencing Date: | **April 08, 2025** |
| Reply, or Statement of Non-Opposition: | **April 01, 2025** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **March 25, 2025** |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | **March 11, 2025** |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | **February 25, 2025** |
| The draft Presentence Report shall be disclosed to counsel no later than: | **February 11, 2025** |

STIPULATION AND ORDER TO MODIFY SENTENCING DATE

2

IT IS SO STIPULATED.

Dated: January 28, 2025                MICHELLE BECKWITH
                                       Acting United States Attorney

                                       */s/ CHRISTINA MCCALL*
                                       Assistant United States Attorney

                                       */s/ MARK REICHEL*
                                       MARK REICHEL
Dated: January 28, 2025                Counsel for Defendant

# FINDINGS AND ORDER

IT IS SO ORDERED.

Dated: January 28, 2025                /s/ John A. Mendez
                                       ─────────────────────────────
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE