MARK REICHEL, State Bar #155034
ATTORNEY AT LAW
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAKOTA PEVINO,<br><br>Defendant | Case No. 2:23-cr-00288-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE**<br><br>Date: April 8, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

Due to circumstances involving counsel's access to the defendant in Nevada City Jail, and the just recently obtained financial documents of the defendant which are trust documents which were not made available until the week of March 3, 2025, the parties have agreed to modify the previous scheduling order for the sentencing hearing set for April 8, 2025. The parties have stipulated to setting the hearing for **May 06, 2025, at 09:00 a.m.,** with the following scheduling dates: The dates agreed upon are set forth below.

Judgement and Sentencing Date:                                                            May 6, 2025

Reply, or Statement of Non-Opposition:                                           **April 29, 2025**

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:                **April 22, 2025**

STIPULATION AND ORDER

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

**April 8, 2025**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:    **March 25, 2025**

IT IS SO STIPULATED.

Dated: March 6, 2025    MICHELLE BECKWITH
Acting United States Attorney

*/s/ CHRISTINA MCCALL*
Assistant United States Attorney

Dated: March 6, 2025    */s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant

## ORDER

IT IS SO ORDERED.

Dated: March 12, 2025    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE