REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAKOTA JEREMIAH PEVINO, <br><br> Defendant | Case No.: 2:23-cr-00288-JAM <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY THE PSR SCHEDULE** <br><br> Date: June 17, 2025 <br> Time: 9:00 AM <br> Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                                        **June 17, 2025, at 09:00 a.m.**

Reply, or Statement of Non-Opposition:                               **June 10, 2025**

Formal Objections to the Presentence Report shall be filed with the Court and served on the

Probation Officer and opposing counsel no later than:            **June 3, 2025**

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
1

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:

**May 27, 2025**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: **May 20, 2025**

The draft Presentence Report was disclosed to the parties on: **February 11, 2025**

IT IS SO STIPULATED.

Dated: April 10, 2025          Michele Beckwith
                               Acting United States Attorney

Dated: April 10, 2025          */s/ CHRISTINA MCCALL*
                               CHRISTINA MCCALL
                               Assistant United States Attorney

Dated: April 10, 2025          */s/ MARK REICHEL*
                               MARK REICHEL
                               Counsel for Defendant

STIPULATION AND ORDER TO MODIFY SENTENCING DATE
2

**ORDER**

IT IS SO ORDERED.

Dated: April 14, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE