REICHELLAW PC
MARK REICHEL
ATTORNEY AT LAW
State Bar #155034
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com
www.reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>DAKOTA PEVINO,<br><br>　　　　　Defendant | Case No.: 2:23-cr-00288-JAM<br><br>**FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING AND MODIFY THE PSR SCHEDULE**<br><br>Date: August 19, 2025<br>Time: 9:00 AM<br>Court: Hon. JOHN A. MENDEZ |

**STIPULATION**

The parties hereto request a new schedule for sentencing. The dates agreed upon are set forth below.

Judgment and Sentencing Date:                               **August 19, 2025, at 09:00 a.m.**

Reply, or Statement of Non-Opposition:                     **August 12, 2025**

---

FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING

1

Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:         **August 5, 2025**

The final Presentence Report shall be filed with the Court and disclosed to counsel no later than:         **July 29, 2025**

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:         **July 22, 2025**

The draft Presentence Report was disclosed to the parties on:         **February 11, 2025**

IT IS SO STIPULATED.

Dated: May 22, 2025         Michele Beckwith
Acting United States Attorney

Dated: May 22, 2025         */s/ DHRUV SHARMA*
DHRUV SHARMA
Assistant United States Attorney

Dated: May 22, 2025         */s/ MARK REICHEL*
MARK REICHEL
Counsel for Defendant
Dakota Pevino

FIFTH STIPULATION AND ORDER TO CONTINUE SENTENCING
2

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  May 28, 2025                              /s/ John A. Mendez
                                                  _____
                                                  THE HONORABLE JOHN A. MENDEZ
                                                  SENIOR UNITED STATES DISTRICT JUDGE