MARK REICHEL, State Bar #155034
REICEHLLAW PC
455 CAPITOL MALL, SUITE 802
SACRAMENTO, CA  95814
916.548.7398
mark@reichellaw.com

Attorney for Defendant
DAKOTA PEVINO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DAKOTA JEREMIAH PEVINO,<br><br>    Defendant | Case No. 2:23-cr-00288-JAM<br><br>**SEALING ORDER (ECF No. 66)**<br><br>**EDCA Local Rule of Court 141**<br>**FRCP §§49 and 49.1 (d)** |

    Defendant's request for an Order allowing the fling under seal of a confidential medical report prepared by Dr. Matthew Soulier is **GRANTED**.

    Defendant shall file the documents under seal. The following persons and/or categories of persons shall have access to the documents: plaintiff's counsel, defense counsel, the authorized court personnel, and the authorized probation officer.

    The documents shall remain **SEALED** until a request is made to and granted by the Court.

    IT IS SO ORDERED.

    Dated:  October 14, 2025

                                                           _____
                                                           JOHN A. MENDEZ,
                                                           SENIOR UNITED STATES DISTRICT JUDGE