ERIC GRANT
United States Attorney
DHRUV M. SHARMA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>DAKOTA JEREMIAH PEVINO,<br>　aka Dakota Jeremiah Viggiano,<br><br>　　　　　　　Defendant. | 2:23-cr-00288-JAM<br><br>**FINAL ORDER OF FORFEITURE** |

On September 13, 2024, this Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 18 U.S.C. § 2253(a)(3), based upon the plea agreement entered into between plaintiff and defendant Dakota Jeremiah Pevino forfeiting to the United States the following property:

　　a.　Real property located at 9229 Caspiane Way, Sacramento, California, Sacramento County, APN: 075-0490-040-0000,
　　b.　Motorola Moto G 5G cellular phone, IMEI 1: 3562434908444459, IMEI 2: 356243490844467,
　　c.　Samsung Galaxy A02S cellular phone, IMEI: 350603976178795, and
　　d.　Samsung Galaxy A03S cellular phone, IMEI: 355819211275643.

On February 14, 2024, Wells Fargo Bank, N.A., filed a Verified Claim claiming a lienholder interest in the real property located at 9229 Caspiane Way, Sacramento, California.  On January 17, 2025, Wells Fargo Bank, N.A., filed a Withdrawal of Verified Claim stating they received full payoff on their loan.

Beginning on October 11, 2024, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property pursuant to 18 U.S.C. § 2253(a)(3), including all right, title, and interest of Dakota Jeremiah Pevino:

   a. Net sale proceeds in the amount of $131,028.21, plus all accrued interest, in lieu of real property located at 9229 Caspiane Way, Sacramento, California, Sacramento County, APN: 075-0490-040-0000,
   b. Motorola Moto G 5G cellular phone, IMEI 1: 3562434908444459, IMEI 2: 356243490844467,
   c. Samsung Galaxy A02S cellular phone, IMEI: 350603976178795, and
   d. Samsung Galaxy A03S cellular phone, IMEI: 355819211275643.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED.

Dated: November 3, 2025

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE